*1074 ante, p. 162;
534 U. S. 859;
ante, p. 926;
534 U. S. 1133;
ante, p. 930;
ante, p. 931;
534 U. S. 1084;
534 U. S. 962;
534 U. S. 1028;
534 U. S. 1086;
534 U. S. 1077;
534 U. S. 1089;
534 U. S. 1051;
534 U. S. 1092;
534 U. S. 1116;
534 U. S. 1137;
534 U. S. 1151;
534 U. S. 1126;
*1075 No. 01-7612.
No. 01-7707.
No. 01-7712.
No. 01-7772.
No. 01-7775.
No. 01-7890.
ante, p. 935;
534 U. S. 1166;
ante, p. 938;
ante, p. 940;
ante, p. 956; and
534 U. S. 1170. Petitions for rehearing denied.